USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEREZ QUINTERO, MIGDALIA JOSEFINA,

                    Petitioner,

-against-

LaDeon FRANCIS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; Todd LYONS, Acting Director, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

                    Respondents.

25-CV-10107 (MKV)

ORDER TO ANSWER, 28 U.S.C. § 2241

MARY KAY VYSKOCIL, United States District Judge:

Petitioner has, through next of friend Eduardo Fabian Arias, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.

The Court, having examined the Petition, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York at jeffrey.oestericher@usdoj.gov that this Order has been issued.

IT IS FURTHER ORDERED that by **noon December 9, 2025**, Respondents shall file an answer, or other pleading, and a memorandum of law in response to the Petition.  Petitioner must file a reply by **noon December 11, 2025**.  In the reply, Eduardo Fabian Arias must address why he has standing to proceed as next of friend to Petitioner. *See Ross ex rel. Dunham v. Lantz,* 408 F.3d 121, 123 (2d Cir. 2005) ("For the federal courts to have jurisdiction over this petition for a writ of habeas corpus, . . . petitioner['s] 'next friend[]' must establish that she is legally that, and therefore that she has standing to bring the petition on his behalf.").  "[W]hen the application for habeas corpus filed by a would be 'next friend' does not set forth an adequate reason or explanation of the necessity for resort to the 'next friend'

2

device, the court is without jurisdiction to consider the petition." *Wang v. City of New York*, No. No. 08–CV–4258 (DLI), 2009 WL 705966, at *1 (E.D.N.Y. Mar. 16, 2009) (quoting *Weber v. Garza*, 570 F.2d 511, 514 (5th Cir.1978))

**SO ORDERED.**

**Dated:  December 5, 2025**
**New York, New York**

**MARY KAY VYSKOCIL**
**United States District Judge**