USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEREZ QUINTERO, MIGDALIA JOSEFINA,

Petitioner,

-against-

LaDeon FRANCIS, Field Office Director of
Enforcement and Removal Operations, New
York Field Office, Immigration and Customs
Enforcement; Todd LYONS, Acting Director,
Immigration and Customs Enforcement; Kristi
NOEM, Secretary, U.S. DEPARTMENT OF
HOMELAND SECURITY; Pamela BONDI,
U.S. Attorney General; EXECUTIVE OFFICE
FOR IMMIGRATION REVIEW,

Respondents.

25-CV-10107 (MKV)

ORDER TO ANSWER, 28 U.S.C. § 2241

MARY KAY VYSKOCIL, United States District Judge:

Petitioner has, through counsel, filed an Amended Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.

The Court, having examined the Amended Petition, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York at jeffrey.oestericher@usdoj.gov that this Order has been issued.

IT IS FURTHER ORDERED that by **December 23, 2025**, Respondents shall file an answer, or other pleading, and a memorandum of law in response to the Amended Petition.  Petitioner must file a reply by **December 30, 2025**.

With respect to Petitioner's claim that she is not receiving appropriate medical treatment, the Court directs Petitioner to submit to the Court a proposed Order directing the Warden or other supervising authority at the Richwood Correctional Center in Richwood, Louisiana, where Petitioner is currently being detained, that appropriate medical treatment be given.  The Court will enter that Order.

**SO ORDERED.**

**Dated:    December 17, 2025**
         **New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**