**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PEREZ QUINTERO, MIGDALIA JOSEFINA,

                        Petitioner,                25 **CIVIL** 10107 (MKV)

          -against-                    **JUDGMENT**

LaDeon FRANCIS, Field Office Director of
Enforcement and Removal Operations, New York
Field Office, Immigration and Customs Enforcement;
Todd LYONS, Acting Director, Immigration and
Customs Enforcement; Kristi NOEM, Secretary, U.S.
DEPARTMENT OF HOMELAND SECURITY;
Pamela BONDI, U.S. Attorney General;
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,

                        Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated February 2, 2026, the Petition is DENIED; accordingly, the case

is closed.

**DATED:**  New York, New York
           February 4, 2026

                                     **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**

                **BY:**        K. mango
                                  _____
                                   **Deputy Clerk**